UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARY RANDALL PENICK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-126** |
| **THE CITY OF MORGAN CITY, ET AL.** | **SECTION "I"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Gary Randall Penick is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 22nd day of February, 2010.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**